UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALIANCA NAVEGACAO E LOGISTICA LTDA.,

    Plaintiff,

vs.                                                        Case No.  3:05-cv-1013-J-20MCR

FLORIDA CHEMICAL COMPANY,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Strike (Doc. 4) filed November 3, 2005.  Plaintiff's response was due no later than November 21, 2005.  When no response was filed, the Court entered an Order on November 23, 2005 directing Plaintiff to file a response no later than December 2, 2005 and informing Plaintiff that if it failed to do so, the Court would "proceed to rule on the Motion to Strike as though it were unopposed."  (Doc. 7).  To date, Plaintiff has failed to file any sort of response.

      Defendant seeks to strike any reference to attorney's fees from Plaintiff's prayer for relief in the Complaint.  Defendant notes that Plaintiff has failed to set forth any allegations showing that it is entitled to attorney's fees.  As Florida law establishes that attorney's fees are not recoverable in civil actions absent an independent statutory or contractual basis and Plaintiff has failed to identify any such basis, the Court will grant Defendant's Motion to Strike.

Accordingly, after due consideration, it is

**ORDERED**:

Defendant's Motion to Strike (Doc. 4) is **GRANTED**.  Plaintiff's prayer for reasonable attorneys fees contained in the Complaint (Doc. 1) is **stricken**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of December, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record